✓ FILED _____ RECEIVED
  ENTERED _____ SERVED ON
           COUNSEL/PARTIES OF RECORD

JUN - 1 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
|                            ) | |
|       Plaintiff,           ) | |
|                            ) | |
|   v.                       ) | 2:12-CR-131- JCM VCF |
|                            ) | |
| COREY SAUERBREY,           ) | |
|                            ) | |
|       Defendant.           ) | |

## ORDER OF FORFEITURE

On June 1, 2012, defendant COREY SAUERBREY pled guilty to a One-Count Criminal Information charging him with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 1349, and agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Information and in the Plea Memorandum.

This Court finds that COREY SAUERBREY shall pay a criminal forfeiture money judgment of $125,396.00 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2  States recover from COREY SAUERBREY a criminal forfeiture money judgment in the amount of
3  $125,396.00 in United States Currency.
4  DATED this 1st day of Jun , 2012.

_____
UNITED STATES DISTRICT JUDGE