*UNITED STATES DISTRICT COURT*

*DISTRICT OF NEVADA*

*-oOo-*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:12-cr-00131-JCM-VCF |
| ) | |
| vs ) | |
| ) | **RESTITUTION ORDER** |
| COREY SAUERBREY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY ORDERED that the defendant, Corey Sauerbrey, must make restitution to the following payees in the amounts listed below.

| | |
|---|---|
| U.S. Bank | $114,000.00 |
| U.S. Bank Corporate Security | |
| Recovery and Restitution Payments | |
| P.O. Box 650 | |
| Milwaukee, WI 53278-0650 | |
| | |
| Federal Home Loan Mortgage Corporation | $142,216.00 |
| 8200 Jones Branch Drive. | |
| McLean, VA 22102 | |

IT IS FURTHER ORDERED that if the defendant makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C. § 3664(I), all non-federal victims must be paid before the United States is paid.

IT IS FURTHER ORDERED that, having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows: a lump sum payment of $256,216.00 is due immediately. Any remaining restitution balance shall be paid during the term of supervised release at the rate of no less than 10% of gross income, subject to an adjustemnt by the Court based on ability to pay. Payment of restitution is due during imprisonment. All criminal

monetary penalties, except those payments made theough the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of Court.

IT IS FURTHER ORDERED that the defendant shall receive credit for all payments previously made towards any criminal monetary penalties imposed.

IT IS FURTHER ORDERED that the defendant's liability for restitution is joint and several with any liability imposed against Jan Sauerbrey, the defendant in *United States v. Jan Sauerbrey*, 2:12-cr-89-KJD-RJJ.

Dated October 12, 2012.

_____
UNITED STATES JUDGE